UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-413M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| JOSE TORRES-AGUIRRE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:

Illegal Reentry After Deportation in violation of 8 U.S.C. § 1326(a).

Date of Detention Hearing: August 3, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The Pretrial Services Report of August 3, 2006 reveals that there is an immigration detainer lodged against the defendant.

DETENTION ORDER  15.13
18 U.S.C. § 3142(i)  Rev. 1/91
PAGE 1

01      (2)     Defendant was born in and is a citizen of Mexico.

02      (3)     There is no information available to show that defendant has any ties to this
03 community or to the Western District of Washington.

04      (4)     Defendant has a criminal background history revealing prior charges and
05 convictions.

06      (5)     Defendant is viewed as a risk of nonappearance because of the nature of the instant
07 charge and as a risk of danger based on his criminal history.

08      (6)     There appear to be no conditions or combination of conditions other than detention
09 that will reasonably assure the defendant's appearance at future Court hearings or the safety of the
10 community.

11      IT IS THEREFORE ORDERED:

12      (1)     Defendant shall be detained pending trial and committed to the custody of the
13               Attorney General for confinement in a correction facility separate, to the extent
14               practicable, from persons awaiting or serving sentences or being held in custody
15               pending appeal;

16      (2)     Defendant shall be afforded reasonable opportunity for private consultation with
17               counsel;

18      (3)     On order of a court of the United States or on request of an attorney for the
19               government, the person in charge of the corrections facility in which defendant is
20               confined shall deliver the defendant to a United States Marshal for the purpose of
21               an appearance in connection with a court proceeding; and

22 / / /

DETENTION ORDER                                    15.13
18 U.S.C. § 3142(i)                              Rev. 1/91
PAGE 2

01  (4) The Clerk shall direct copies of this Order to counsel for the United States, to
02  counsel for the defendant, to the United States Marshal, and to the United States
03  Pretrial Services Officer.
04  DATED this <u>3rd</u> day of August, 2006.

                                          s/ James P. Donohue
                                          United States Magistrate Judge